| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Lawrence E. Butler (State Bar No. 111043) |
| 2 | lbutler@seyfarth.com |
| | Andrea K. Anapolsky (State Bar No. 238297) |
| 3 | aanapolsky@seyfarth.com |
| | 560 Mission Street, Suite 3100 |
| 4 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 5 | Facsimile: (415) 397-8549 |
| 6 | Attorneys for Plaintiff |
| | WEST COAST LIFE INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST LIFE INSURANCE COMPANY, | Case No. |
| | CV 13-06249 DDP (VBKx) |
| Plaintiff, | |
| v. | **ORDER RE: DISCHARGE AND AWARD OF COSTS AND ATTORNEYS' FEES TO PLAINTIFF WEST COAST LIFE INSURANCE COMPANY** |
| GLENDA CLARKE, an individual, and KATHLEEN CLARKE-PATERSON, an individual, formerly known as KATHLEEN CLARKE STOKES, | |
| Defendants. | |

The Court, having considered the Stipulation to Discharge and Award of Costs and Attorneys' Fees (the "Stipulation"), attached hereto as Exhibit A, in the above-captioned matter, as well as all the records and files herein, and good cause appearing therefore,

cc: FISCAL

---

1

[PROPOSED] ORDER REGARDING DISCHARGE AND AWARD COSTS AND ATTORNEYS' FEES
Case No. CV 13-06249 (DDP) (VBKx)

**HEREBY ORDERS**:

1. West Coast Life Insurance Company ("West Coast" or "Plaintiff") is hereby discharged from any and all liability on or arising out of:

    (a) life insurance policy no. Z00926419 (the "Policy"), issued by West Coast, pursuant to the request and application by Jeffrey L. Clarke; and

    (b) The rights and obligations of the parties to this action with respect to any and all proceeds under the Policy;

2. The Policy is void and of no further force and effect;

3. From the money that was deposited by West Coast with the Clerk of the Court, West Coast is awarded $4,000.00, which reflects all costs and reasonable attorney fees incurred in bringing and maintaining the present action; and

4. The named defendants in this action–GLENDA CLARKE, an individual, and KATHLEEN MARIE PATERSON,[1] are permanently enjoined from instituting or prosecuting any other actions against Protective regarding the Policy.

DATED: _December 17, 2013

_____
Honorable Dean D. Pregerson

16499112v.1

---

[1] Ms. Paterson is identifed in the complaint as defendant Kathleen Clarke-Paterson, an individual, formerly known as Kathleen Clarke Stokes