JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST LIFE INSURANCE COMPANY, | Case No. CV 13-06249 DDP (VBKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| GLENDA CLARKE, an individual, and KATHLEEN CLARKE-PATERSON, an individual, formerly known as KATHLEEN CLARKE STOKES, | |
| Defendants. | |
| _____ | |
| GLENDA CLARKE, an individual, | |
| Cross-Claimant, | |
| v. | |
| KATHLEEN PATERSON, an individual, | |
| Cross-Defendant. | |

cc: FISCAL

- 1 -

The Motion for Summary Judgment of Defendant and Cross-Claimant Glenda Clarke ("Clarke") was presented to Honorable Dean D. Pregerson, in Courtroom 3 of the above-entitled court, located at 312 North Spring Street, Los Angeles, California, Clarke being represented by Stephen H. Galton, Esq. and Defendant and Cross-Defendant Kathleen Paterson ("Paterson") being represented by Robert F. Keehn, Esq.

Upon consideration of the written briefs, declarations, exhibits, and other pleadings submitted by the parties, the Court finds: that Plaintiff West Coast Life Insurance Company ("WCLIC") deposited with this court the proceeds of life insurance policy number Z00826419 ("Policy") and has been dismissed by stipulation of the remaining parties; that under the uncontroverted facts Glenda is entitled to the proceeds of the Policy as a matter of law; and that summary judgment should be granted in her favor.

**NOW, THEREFORE, THE COURT ADJUDGES AND DECREES AS FOLLOWS:**

1. Clarke shall have judgment in her favor and shall recover the net proceeds of the Policy;

2. Paterson shall take nothing;

3. The parties shall bear their own costs and attorney's fees; and

4. The clerk shall issue forthwith to Clarke by check payable jointly to her and her attorney the net proceeds of the Policy, plus accrued interest, less attorney's fees previously awarded to West Coast Life by stipulation of the parties.

Dated: June 03, 2014

_____
DEAN D. PREGERSON
United States District Judge